## Thomas A. McMahon, Appellant, v. Selena Crone, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Greene county; the Hon. NOR-MAN L. JONES, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Thomas A. McMahon, plaintiff, against Selena Crone, defendant, to recover on a promissory note amounting, with interest, to $266.88, and a loan of $41. From a judgment for defendant, plaintiff appeals.

THOMAS A. McMAHON and SUMNER & REARDON, for appellant.

FRANK A. WHITESIDE, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. TRIAL, § 153*—*when determination of weight of evidence is for jury.* The evidence as to the claim sued on being conflicting, *held* that it was the province of the jury to weigh the evidence and pass upon the credibility of the witnesses.

2. BILLS AND NOTES, § 443*—*when evidence sufficient to show failure of consideration.* Evidence *held* sufficient to support the finding in favor of the defendant, in an action on a note claimed in defense to have been without consideration and not to have been delivered, and on a payment by plaintiff to defendant claimed by plaintiff to have been a loan to defendant and by defendant to have been payment of a loan by defendant to plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. ASSUMPSIT, ACTION OF, § 88*—*when evidence as to making of loan is admissible.* In an action to recover money claimed to have been loaned defendant, where it was claimed in defense that the money was a repayment by plaintiff of a loan to him by defendant, evidence as to the amount of the claimed loan by defendant to plaintiff and other evidence tending to show that such loan had been made, *held* to be properly admitted as corroborating evidence in support of such defense.